# UNITED STATES DISTRICT COURT
### for the
### District of South Carolina

| | |
|---|---|
| Titus Williams | ) |
| *Petitioner* | ) |
| v. | ) |
| Warden McCall | ) |
| *Respondent* | ) |

Civil Action No.      2:09-1685-RMG-RSC

## SUMMARY JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the petitioner *(name)* _____ recover from the respondent *(name)* _____ the amount of _____ dollars ($__),

which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with

costs.

❏ the petitioner recover nothing, the action be dismissed on the merits, and the respondent *(name)* _____

recover costs from the petitioner *(name)* _____.

■  other: The Report and Recommendation of Magistrate Judge Robert S. Carr is adopted and incorporated.

Summary Judgment is entered for the Respondent.  A Certificate of Appealability is Denied. The Petitioner

shall take nothing on his claim filed pursuant to Title 28 U.S.C § 2254.

This action was *(check one)*:
❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Richard Mark Gergel, United States District Judge

Date:   October 28, 2010

*CLERK OF COURT*  Larry W. Propes

_____
*Signature of Clerk or Deputy Clerk*